# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08 CV 025

| | |
|---|---|
| CULP, INC., ) | |
| Plaintiff ) | |
| V ) | **ORDER** |
| MORGAN FABRICS CORPORATION, ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Eric K. Englebardt's Application for Admission to Practice *Pro Hac Vice* of Bernard S. Klosowski, Jr. It appearing that Bernard S. Klosowski, Jr. is a member in good standing with the South Carolina Bar and will be appearing with Eric K. Englebardt, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Eric K. Englebardt's Application for Admission to Practice *Pro Hac Vice* (#8) of Bernard S. Klosowski, Jr. is **GRANTED**, and that Bernard S. Klosowski, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Eric K. Englebardt.

Signed: June 5, 2008

Dennis L. Howell
United States Magistrate Judge